United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Timothy S. Black, Judge Douglas R. Cole

FROM: Kelly Heuer , Deputy Clerk

DATE: 4/16/2021

SUBJECT: Case Caption: Bureau of Consumer Financial Protection v. Fifth Third Bank, N.A.

CASE: Case Number: Doc. 1:21-cv-262 1

DISTRICT JUDGE: Judge Black

File Date: 4/14/2021

This memorandum is to notify you that the "Notice of Related Cases" (doc. 59) indicates the following alleged related case(s):

**Related Case(s):**

Case Caption: **Zanni v. Fifth Third Bancorp et al**

Case Number: **Doc. 1:21-cv-173 1**    District Judge: **Cole**

File Date: **03/11/2021**    Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:    District Judge:

File Date:    Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Kelly Heuer**
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Douglas R. Cole   .

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge:  _____

      _s/Timothy S. Black_
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies

_Revised 7/19/2012_