**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Bureau of Consumer Financial Protection, | ) | |
| | ) | Civil Case No. 1:21-cv-00262-DRC |
| Plaintiff, | ) | |
| | ) | Judge Douglas R. Cole |
| v. | ) | |
| | ) | |
| Fifth Third Bank, National Association, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF BUREAU OF CONSUMER FINANCIAL PROTECTION'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

The Bureau of Consumer Financial Protection moves for entry of partial judgment on the pleadings under Federal Rule of Civil Procedure 12(c). The Bureau also files herewith its memorandum in support of this motion, which comprises a statement of the grounds for this motion with citation of authorities relied upon.

Dated: August 13, 2021    Respectfully Submitted,

Cara M. Petersen
*Acting Enforcement Director*
Jeffrey Paul Ehrlich
*Deputy Enforcement Director*
Kara K. Miller
*Assistant Litigation Deputy*

/s/ Barry E. Reiferson
BARRY E. REIFERSON, NY Reg. #24343893 (Trial Attorney)
Email: barry.reiferson@cfpb.gov
LANE C. POWELL, MI Bar #P79432
Email: lane.powell@cfpb.gov
MEGHAN SHERMAN CATER, NY Reg. #4473120
Email: meghan.sherman@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Telephone: (212) 328-7020; Facsimile: (202) 435-5477
Attorneys for the Bureau of Consumer Financial Protection