UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK, NATIONAL ASSOCIATION,<br><br>　　　　Defendant. | Civil Case No. 1:21-cv-00262-DRC<br>Related Case No. 1:21-cv-00173-DRC<br><br>Judge Douglas R. Cole<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT FIFTH THIRD BANK'S
MOTION FOR JUDGMENT ON THE PLEADINGS**

　　Defendant Fifth Third Bank, National Association ("Fifth Third") submits this Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c). The grounds in support of this Motion are set forth in Fifth Third's Memorandum in Support of the Motion for Judgment on the Pleadings, which is filed simultaneously herewith.

　　WHEREFORE, Fifth Third respectfully requests that this Court grant Fifth Third's Motion.

Dated: January 25, 2023                    Respectfully submitted,

/s/ *Ryan Scarborough*
WILLIAMS & CONNOLLY LLP
John K. Villa (*pro hac vice*)
Enu Mainigi (*pro hac vice*)
Ryan Scarborough (*pro hac vice*)
680 Maine Ave S.W.
Washington, DC 20005
202-434-5000
jvilla@wc.com
emainigi@wc.com
rscarborough@wc.com

DINSMORE & SHOHL LLP
Laurie A. Witek (0083955)
Michael Ferrara (0097584)
Katherine Rasmussen (0093928)
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
513-977-8648
Laurie.Witek@Dinsmore.com
Michael.Ferrara@Dinsmore.com
Katherine.Rasmussen@Dinsmore.com

Attorneys for Defendant Fifth Third Bank, N.A.

Krysta K. Gumbiner
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
(312) 775-1743
krysta.gumbiner@dinsmore.com

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing Motion for Judgment on the Pleadings was electronically filed with the Clerk of the Court by utilizing the CM/ECF System on January 25, 2023, which will provide electronic notification to all counsel of record.

    */s/ Krysta Gumbiner*