**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Bureau of Consumer Financial Protection, | ) ) ) | Case No. 1:21-cv-262-DRC |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| Fifth Third Bank, National Association, | ) ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF**
**PROPOSED STIPULATED FINAL JUDGMENT AND ORDER**

Plaintiff Bureau of Consumer Financial Protection and Defendant Fifth Third Bank, National Association ("the Parties") have agreed to the attached Proposed Stipulated Final Judgment and Order (Exhibit A), which, if entered by the Court, would settle and resolve all matters in dispute in this action.

The Parties jointly request that the Court approve and enter the Proposed Stipulated Final Judgment and Order attached as Exhibit A.

Dated: July 9, 2024					Respectfully Submitted,

/s/ Leanne E. Hartmann
LEANNE E. HARTMANN, CA Bar #264787
Email: leanne.hartmann@cfpb.gov
JACOB SCHUNK, IA AT001908
Email: jacob.schunk@cfpb.gov
WILLIAM HINTON, D.C. Bar #1782032
Email: william.hinton@cfpb.gov
STEPHANIE B. GARLOCK, D.C. Bar #1779629
Email: stephanie.garlock@cfpb.gov
MEGHAN SHERMAN CATER, NY Reg. #4473120
Email: meghan.cater@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Telephone: (415) 844-9787
Facsimile: (415) 844-9788

*Attorneys for the Bureau of Consumer Financial Protection*


/s/ Ryan Scarborough
WILLIAMS & CONNOLLY LLP
John K. Villa (*pro hac vice*)
Enu Mainigi (*pro hac vice*)
Ryan Scarborough (*pro hac vice*)
680 Maine Ave. S.W.
Washington, DC 20024
202-434-5000
jvilla@wc.com
emainigi@wc.com
rscarborough@wc.com

DINSMORE & SHOHL LLP
Laurie A. Witek (0083955)
Michael Ferrara (0097584)
Katherine Rasmussen (0093928)
255 East Fifth Street
Suite 1900
Cincinnati, OH 45202
513-977-8648
Laurie.Witek@Dinsmore.com
Michael.Ferrara@Dinsmore.com
Katherine.Rasmussen@Dinsmore.com

*Attorneys for Defendant Fifth Third Bank, N.A.*